■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FILIBERTO ALLER, Appellant. [849 NYS2d 903]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 3, 2006 (*People v Aller,* 33 AD3d 621 [2006]), affirming a judgment of the Supreme Court, Queens County, rendered March 24, 2004.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Mastro, Spolzino and Covello, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY BODE, Appellant. [849 NYS2d 903]—Appeal by the defendant from a judgment of the County Court, Nassau County (LaPera, J.), rendered January 26, 2007, convicting him of assault in the second degree, engaging in a speed contest, reckless driving, and speeding, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed, and the matter is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (5).

The defendant's contention that the evidence was legally insufficient to support his conviction of assault in the second degree is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Gray,* 86 NY2d 10, 19 [1995]). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620, 621 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power (*see* CPL 470.15 [5]), we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero,* 7 NY3d 633 [2006]). Prudenti, P.J., Lifson, Covello and Balkin, JJ., concur.